THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN ADORNO, Appellant. [747 NYS2d 783]

·The defendant's contention that he was deprived of the effective assistance of counsel is without merit (*see People v Flores,* 84 NY2d 184; *People v Baldi,* 54 NY2d 137; *People v Alicea,* 229 AD2d 80). Feuerstein, J.P., Smith, Friedmann and Adams, JJ., concur.